David J. McGlothlin, Esq. (SBN: 253265)
david@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
(619) 233-7770
(619) 297-1022

Attorneys for Plaintiff
Damon Wilson

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| **Damon Wilson** | **Case No.:** 11-CV-02150-EMC |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| **San Francisco Federal Credit Union** | ORDER RESETTING CMC |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff, Damon Wilson, and Defendant San Francisco Federal Credit Union, have settled the above-entitled matter in its entirety. The parties need to agree on the language in the settlement agreement, but anticipate filing a Stipulation for Dismissal, with prejudice, as to the entire lawsuit, no later than 60 days from the date of this Notice.

Date: August 16, 2011                    **Hyde & Swigart**

                                         By: __/s/ David J. McGlothlin___
                                         David J. McGlothlin
                                         Attorneys for the Plaintiff

I certify that on the 16th day of August, 2011 I electronically transmitted the attached document to the following individuals:

Tomio Narita, counsel for Defendant

IT IS SO ORDERED that the CMC set for 8/19/11 is reset for 10/26/11 at 9:00 a.m.  A joint CMC statement shall be filed by 10/19/11.  The 10/26/11 CMC will be vacated once a stipulation for dismissal is filed.

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

**Notice of Settlement**          - 2 of 2 -          11-CV-02150-EMC

HYDE & SWIGART
Phoenix, Arizona