David J. McGlothlin, Esq. (SBN: 253265)
david@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
(619) 233-7770
(619) 297-1022

Attorneys for Plaintiff
Damon Wilson

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| **Damon Wilson** | **Case No.:** 11-CV-02150-EMC |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| | AMENDED ORDER RESETTING CMC |
| **San Francisco Federal Credit Union** | |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff, Damon Wilson, and Defendant San Francisco Federal Credit Union, have settled the above-entitled matter in its entirety. The parties need to agree on the language in the settlement agreement, but anticipate filing a Stipulation for Dismissal, with prejudice, as to the entire lawsuit, no later than 60 days from the date of this Notice.

Date: August 16, 2011            **Hyde & Swigart**

By:  /s/ David J. McGlothlin
David J. McGlothlin
Attorneys for the Plaintiff

I certify that on the 16th day of August, 2011 I electronically transmitted the attached document to the following individuals:

Tomio Narita, counsel for Defendant

IT IS SO ORDERED that the CMC is reset from 8/19/11 to 10/28/11 at 9:00 a.m.  An updated joint CMC statement shall be filed by 10/21/11.  The 10/28/11 CMC will be vacated once a stipulation for dismissal is filed.

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen