David J. McGlothlin, Esq. (CA SBN: 253265)
david@southwestlitigation.com
**Hyde & Swigart**
5343 N. 16th Street, Suite 460
Phoenix, AZ 85016
Telephone:   (602) 265-3332
Facsimile:    (602) 230-4482

Attorneys for the Plaintiff
Damon Wilson

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Damon Wilson**<br>                                Plaintiff,<br><br>v.<br><br>**San Francisco Federal Credit Union**<br>                                Defendant. | **Case No.: 11-CV-02150-EMC**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

The parties hereto, through their respective counsel, stipulate to dismiss this matter with prejudice, with each party to bear its own costs and attorney fees.

Respectfully submitted this 29th day of September 2011.

**Hyde & Swigart**                                **Simmonds & Narita LLP**

By: /s/ David J. McGlothlin                    By: /s/ Tomio Narita
David McGlothlin, Esq.                          Tomio Narita, Esq.
Attorneys for the Plaintiff                      Attorneys for Defendant

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

- 1 of 1 -                                                    11-CV-02150-EMC